# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148514

CMS ENERGY CORPORATION, CMS
ELECTRIC AND GAS COMPANY, CMS
ENGINEERING COMPANY, CMS
ENTERPRISES COMPANY, CMS GAS
TRANSMISSION AND STORAGE COMPANY,
CMS GENERATION COMPANY, CMS
GENERATION FILER CITY OPERATING
COMPANY, CMS GENERATION OPERATING
COMPANY, CMS GRANDS LACS HOLDING
COMPANY, CMS LAND COMPANY, CMS
MARKETING SERVICES AND TRADING
COMPANY, CMS MARYSVILLE GAS
LIQUIDS COMPANY, CMS OIL AND GAS
COMPANY, CONSUMERS ENERGY
COMPANY, ES SERVICES COMPANY,
MICHIGAN GAS STORAGE COMPANY,
and TERRA ENERGY, LTD.,
            Plaintiffs-Appellants,

v

SC: 148514
COA: 309172
Court of Claims:
08-000063-MT

DEPARTMENT OF TREASURY,
            Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the October 15, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



Clerk

d0421